UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TIMOTHY E. TRIMBLE,

    Plaintiff,

vs.                                                             Case No. 2:12-cv-294-FtM-99DNF

COMMONWEALTH OF
PENNSYLVANIA,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 6) of the Magistrate Judge recommending that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 2) be denied and this case dismissed. Plaintiff did not object to the Report and Recommendation, and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects.[1] Accordingly, it is **ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation (Dkt. 6) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

(2)     This case is **DISMISSED** without prejudice. *See* 28 U.S.C. § 1915(e)(2).

---

[1] In addition to the personal jurisdiction issue raised by the Magistrate Judge, dismissal is also warranted because the Amended Complaint fails to satisfy the pleading requirements of Rule 8, Federal Rules of Civil Procedure, and is otherwise frivolous in its present form even when liberally construed in favor of the *pro se* plaintiff. *See Powell v. Lennon*, 914 F.2d 1459, 1463 (11th Cir. 1990). At a minium, the conduct complained of by Plaintiff likely occurred well outside the statute of limitations applicable to his constitutional claims.

(3)   Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Dkt. 2) is **DENIED**.

(4)   The Clerk is directed to terminate any pending motions/deadlines and **CLOSE** this case.

**DONE AND ORDERED** in chambers this 11th day of July, 2012.

>  /s/
> JAMES D. WHITTEMORE
> United States District Judge

Copies to:
*Pro Se* Plaintiff